# Third District Court of Appeal

## State of Florida

Opinion filed April 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1446
Lower Tribunal No. 24-4761-CA-01
_____

**Mark Anthony Quintero, M.D.,**
Appellant,

vs.

**University of Miami,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Mark Anthony Quintero, M.D., in proper person.

Isicoff Ragatz, Eric D. Isicoff, Teresa Ragatz, and Catherine A. Mancing, for appellee.

Before FERNANDEZ, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>See</u> Fla. R. Civ. P. 1.070(j) ("If service of the initial process and initial pleading is not made on a defendant within 120 days after filing of the initial pleading directed to that defendant the court, on its own initiative after notice or on motion, must direct that service be effected within a specified time or must dismiss the action without prejudice . . . .").